UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE:<br>CUMMINGS ENTERPRISES, INC.<br>    DEBTOR | : CHAPTER 11<br>: CASE NO. 12-51557<br>: |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("FANNIE MAE"),<br>CREDITOR C/O SETERUS, INC.<br>    MOVANT | |
| V | |
| CUMMINGS ENTERPRISES, INC.<br>    DEBTOR | |
| | : |

<u>STIPULATED ORDER REGARDING MOTION FOR RELIEF FROM STAY FILED BY
FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR
C/O SETERUS, INC.</u>

FEDERAL NATIONAL MORTGAGE ASSOCIATION ('FANNIE MAE"), CREDITOR C/O SETERUS, INC.("FANNIE MAE") having moved on or about January 15, 2013 for relief from automatic stay on property located at **80 Shoreline Drive, Stratford, Connecticut**, and due deliberation being had thereon; and counsel for the Debtor, Cummings Enterprises, Inc. ("Debtor"), having conferred and stipulated to entry of this Order; and good and sufficient cause appearing therefore;

AND THE PARTIES HAVING AGREED THAT:

1. The Motion for Relief from Stay dated January 15, 2013 (Doc# 69) having come before the court for a hearing shall be marked off pursuant to the conditions set forth in this Stipulated Order.

2. Except as otherwise altered by a confirmed plan of reorganization, the Debtor will

commence making monthly adequate protection payments in the amount of $1,082.81 on or before June 1, 2013 and will continue on or before the 1st of every month thereafter during the pre-confirmation stage of this case.  Said payments are being made without prejudice to Fannie Mae seeking to reclaim its relief from stay should it determine at a later date that said payment does not constitute sufficient "adequate protection".  Said payments shall be in the form of a bank or certified check.  All pre-confirmation payments should be made payable to the loan servicer Seterus, Inc. and mailed to:

**Seterus, Inc.**
**P. O. Box 54420**
**Los Angeles, CA  90054-0420**

**The loan number should be used for identification on all payments**.

3. The Debtor further agrees to pay all real estate taxes that become do and owing on the subject property in a timely manner and further agrees to maintain insurance on the subject property during the post petition period.

4.  The Debtor further agrees to timely file all Monthly Operating Reports.

**IT IS ORDERED**:

A. In the event the Debtor fails or refuse to make any of the payments to the Movant herein as stated in Paragraph 2 and 3 herein or fails to timely file his Monthly Operating Reports as set out in Paragraph 4, then Fannie Mae may file an Affidavit of Non-Compliance with this Court, with copies to the Debtor, Debtor's counsel by mail certifying the default.  If the Debtor does not file, within five (5) business days of the date of filing of said affidavit, a counter-affidavit certifying that the Debtor has complied with the provisions of this Stipulated Order, then the Court may grant the Motion for Relief from Stay dated January 15, 2013.

In the event the Debtor does file a counter-affidavit with the prescribed time period, the Motion for Relief from Stay shall be scheduled for a hearing pursuant to the order of the court.

B.  Notwithstanding anything herein to the contrary, Fannie Mae reserves its rights to contest any disclosure statement of plan of reorganization filed by the Debtor.

C.  This order shall be binding on the Debtor and Fannie Mae, its assigns and successors in interest.

CONSENTED TO:                                CONSENTED TO:


_____/s/_____                     _____/s/_____
Douglas Skalka, Esq.                         Linda J. St. Pierre, Esq.
Attorney for the Debtor                      Attorney for the Movant


Dated: June 21, 2013                         By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was served upon all of the following parties either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 20th day of June, 2013.

Cummings Enterprises, Inc.
33 A Light Street
Stratford, CT 06615
(Debtor)

Douglas S. Skalka
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(Debtor's Attorney)

Holley L. Claiborn
Office of The U. S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Mark L. Bergamo
The Marcus Law Firm
275 Branford Road
Branford, CT 06471
(Attorney for Tower Lien, LLC and MTAG CAZ CREEK CT LLC)

James M. Nugent
Harlow, Adams, and Friedman
One New Haven Ave, Suite 100
Milford, CT 06460
(Attorney for Manuel Moutinho, Eric Moutinho, Trustee for Baldwin Station, LLC Profit Sharing Plan, and Eric Moutinho, Trustee for the Mark IV Construction Company 401(K) Plan)

Bruce L. Elstein
Elstein and Elstein, P.C.
1087 Broad Street, Suite 400
Bridgeport, CT 06604
(Attorney for Manuel Moutinho, Trustee for Mark IV Construction Company, Inc. 401(K) Savings Plan)

Juda J. Epstein
Law Offices of Juda J. Epstein

3543 Main Street, Second Floor
Bridgeport, CT 06606
(Attorney for Benchmark Municipal Tax Services, LTD. and Plymouth Park Tax Services)

Denali, LLC
Attn: President
488 Shelton Ave.
Shelton, CT 06484
(Creditor)

Jose Antonio Pires
47 St. Nicholas Dr.
Bridgeport, CT 06604
(Creditor)

Unique Way, Inc
Attn: President
PO Box 524
Stratford, CT 06615
(Creditor)

BR 1, LLC
Attn: President
PO Box 524
Stratford, CT  06615
(Creditor)

Com Link, Inc.
Attn: President
PO Box 524
Stratford, CT 06615
(Creditor)

Gus Cucio
PO Box 524
Stratford, CT 06615
(Creditor)

Bridgeport Redevelopment, Inc.
Attn: President
PO Box 514
Stratford, CT 06615

(Creditor)

Dahill Donofrio
PO Box 506
Stratford, CT 06615
(Creditor)

City of Bridgeport
Tax Collector
45 Lyon Terrace
Bridgeport, CT 06604
(Creditor)

Town of Stratford
Tax Collector
2725 Main St.
Stratford, CT 06615
(Creditor)

Main Street Business Management, Inc.
Attn: President
PO Box 524
Stratford, CT 06615
(Creditor)

Rose Tiso & Co., LLC
Attn: President
35 Brentwood Av.
Fairfield, CT 06825
(Creditor)

Joseph Regensburger
921 Valley Rd.
Fairfield, CT 06825
(Creditor)

Robin Cummings
4 Daniles Farm Rd #160
Trumbull, CT 06611
(Creditor)

Willinger Willinger & Bucci, PC
Attn: President
855 Main St.
Bridgeport, CT 06604
(Creditor)

John Bryk, Esq.
1000 Lafayette Blvd.
5th Floor
Bridgeport, CT 06606
(Creditor)

Roto Rooter
Attn: President
255 Stagg St.
Stratford, CT 06615
(Creditor)

Pacific Security
Attn: President
PO Box 4057
Woodbridge, CT 06525
(Creditor)

Trendowski & Allen, PC
Attn: President
90 Main St, Suite 201
Centerbrook, CT 06409
(Creditor)

Midler & Kramer, PA
Attn: President
120 East Oakland Park Blvd., Suite 203
Fort Lauderdale, FL 33334
(Creditor)


By: _____/s/_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston St., Hartford, CT 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287