**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
─────────────────────────────────── x
                                    :
In re:                              : CHAPTER 11
                                    :
CUMMINGS ENTERPRISES, INC.          : CASE NO. 12-51557 (AHWS)
                                    :
           Debtor.                  :
─────────────────────────────────── x
                                    :
CUMMINGS ENTERPRISES, INC.          :
                                    :
           Movant,                  :
                                    :
v.                                  :
                                    :
TOWN OF STRATFORD, INDUSTRY         :
MORTGAGE COMPANY, L.P., FEDERAL     :
NATIONAL MORTGAGE ASSOCIATION,      :
STATE OF CONNECTICUT DEPARTMENT     :
OF REVENUE SERVICES,                :
PAYPHONES PLUS, LLC, ORONOQUE       :
15, LLC, ALBINA PIRES, GUS CURCIO, JR., :
ROBIN CUMMINGS, JOSEPH              :
REGENSBURGER, CITY STREETS, INC.,   :
CELL PHONE CLUB, INC., OUT LAW      :
BOXING KATS, INC., MILLIONAIR CLUB, :
INC., FAYE KISH, RICHARD URBAN, and :
DAHILL DONOFRIO                     :
                                    :
           Respondents.             :
─────────────────────────────────── x
```

**ORDER ON MOTION TO AVOID LIENS AND DETERMINE SECURED STATUS**
**UNDER 11 U.S.C. § 506**
**RE: 80 SHORELINE DRIVE, STRATFORD, CONNECTICUT**

A motion under 11 U.S.C. § 506 (a) having been filed by Cummings Enterprises, Inc. (the "Motion") and the Motion having come before the court, it is hereby

FOUND THAT

1. The fair market value of the real property located at 80 Shoreline Road, Stratford, Connecticut (the "Property") is determined to be $85,000.

2. The liens on the Property on the Commencement Date were as follows:

   a. The Town of Stratford claims sewer use liens covering the Property by virtue of: (i) Sewer Use Lien on the 2008 Grand List in the amount of $250.00 dated April 7, 2010 and recorded in Volume 3371 at Page 305 of the Stratford Land Records; (ii) Sewer Use Lien in favor of the Town of Stratford on the 2009 Grand List in the amount of $280.00 dated April 27, 2011 and recorded in Volume 3473 at Page 292 of the Stratford Land Records; and (iii) Sewer Use Lien in favor of the Town of Stratford on the 2010 Grand List in the amount of $280.00 dated June 8, 2012 and recorded in Volume 3583 at Page 209 of the Stratford Land Records.

   b. Industry Mortgage Company, L.P. may claim an interest in the Property by way of an Assignment of Mortgage dated September 26, 1996 and recorded in Volume 1242 at Page 322 of the Stratford land records relating to a mortgage in the original principal amount of $112,000 dated August 27, 1996. A release of said mortgage dated June 10, 2003 and recorded in Volume 2194 at Page 137 is executed by Fairbanks Capital Corp.

   c. Mortgage to MERS, as nominee for GreenPoint Mortgage Funding, Inc. in the original principal amount of $260,000.00 dated March 8, 2007 and recorded in Volume 3014 at Page 131 of the Stratford Land Records; as assigned to BAC Home Loans Servicing, L.P. by Assignment of Mortgage dated September 18, 2009 and recorded in Volume 3321 at Page 43 of said land records; as further assigned to Federal National Mortgage Association by Assignment of Mortgage dated January 9, 2012 and recorded in Volume 3545 at Page 238 of said land records.

   d. Tax Lien in favor of the State of Connecticut Department of Revenue Services against 80 Shoreline Drive, LLC in the amount of $3,506.40 dated January 11, 2008 and recorded in Volume 3148 at Page 157 of the Stratford Land Records.

   e. Tax Lien in favor of the State of Connecticut Department of Revenue Services against 80 Shoreline Drive, LLC in the amount of $878.34 dated June 16, 2008 and recorded in Volume 3201 at Page 71 of the Stratford Land Records.

   f. The effect, if any, of a Mortgage to Payphones Plus LLC in the original principal amount of $5,000.00 dated February 1, 2009 and recorded in Volume 3325 at Page 186 of the Stratford Land Records; as purportedly corrected by Mortgage Deed dated June 15, 2010 and recorded in Volume 3388 at Page 290 of said land records.

   g. The effect, if any, of a Mortgage to Oronoque 15 LLC in the original principal amount of $5,000.00 dated February 1, 2009 and recorded in Volume 3325 at Page 191 of the Stratford Land Records; as purportedly

        corrected by Mortgage Deed dated June 15, 2010 and recorded in Volume 3388 at Page 284 of said land records.

h. Mortgage to Payphones Plus LLC in the original principal amount of $5,000.00 dated February 1, 2009 and recorded in Volume 3325 at Page 214 of the Stratford Land Records.

i. Mortgage to Oronoque 15 LLC in the original principal amount of $5,000.00 dated February 1, 2009 and recorded in Volume 3325 at Page 219 of the Stratford Land Records.

j. Mortgage to Albina Pires in the original principal amount of $1,500.00 dated July 6, 2010 and recorded in Volume 3411 at Page 169 of the Stratford Land Records.

k. Mortgage to Gus Curcio, Jr. in the original principal amount of $1,000.00 dated June 10, 2010 and recorded in Volume 3429 at Page 149 of the Stratford Land Records.

l. Mortgage to Robin Cummings in the original principal amount of $800.00 dated September of 2010 and recorded November 30, 2010 in Volume 3431 at Page 314 of the Stratford Land Records.

m. Mortgage to Joseph Regensburger in the original principal amount of $5,000.00 dated June 29, 2010 and recorded in Volume 3449 at Page 241 of the Stratford Land Records.

n. Mortgage City Streets Inc. in the original principal amount of $2,150.00 dated September of 2010 and recorded April 7, 2011 in Volume 3468 at Page 223 of the Stratford Land Records.

o. Mortgage to Cell Phone Club Inc. in the original principal amount of $2,150.00 dated September of 2010 and recorded April 7, 2011 in Volume 3468 at Page 227 of the Stratford Land Records.

p. Mortgage to Out Law Boxing Kats Inc. in the original principal amount of $2,150.00 dated September of 2010 and recorded April 7, 2011 in Volume 3468 at Page 231 of the Stratford Land Records.

q. Mortgage to Millionair Club Inc. in the original principal amount of $2,150.00 dated September of 2010 and recorded April 7, 2011 in Volume 3468 at Page 235 of the Stratford Land Records.

r. Mortgage to Faye Kish in the original principal amount of $500.00 dated September of 2010 and recorded April 13, 2011 in Volume 3469 at Page 304 of the Stratford Land Records.

      s.      Mortgage to Richard Urban in the original principal amount of $1,200.00 dated September 1, 2010 and recorded in Volume 3469 at Page 317 of the Stratford Land Records.

      t.      Mortgage to Dahill Donofrio in the original principal amount of $2,000.00 dated July 6, 2010 and recorded in Volume 3469 at Page 340 of the Stratford Land Records.

      u.      Tax Lien in favor of the State of Connecticut Department of Revenue Services against Red Buff Rita Inc. in the amount of $1,490.00 dated February 21, 2012 and recorded in Volume 3551 at Page 160 of the Stratford Land Records.

Accordingly, IT IS ORDERED THAT

1.      For the reasons stated in the Motion, and pursuant to 11 U. S. C. §506(a) and (d), each of the liens described in paragraphs 2 (d) through 2 (u) above is disallowed and voided as a secured claim and the claims held by the parties listed in paragraphs 2 (d) through 2 (u) shall be treated as an unsecured claim in this case.

2.      For the reasons stated in the Motion, the alleged lien of Industry Mortgage Company, L.P. as described in paragraph 2 (b) is disallowed in its entirety.

3.      To the extent that a lien secures a claim against the debtor that is not an allowed secured claim as a consequence of paragraph 1 of this order, such lien is void as provided by 11 U.S.C. § 506(d), provided however, that in the event that this case is dismissed under 11 U.S.C. § 1112, the liens avoided by this order shall be reinstated without any further order of this court under 11 U.S.C. § 349(b) as of the date of the order of dismissal.

Dated: June 29, 2015                                    By the court

                                                          *Alan H. W. Shiff*
                                                         Alan H. W. Shiff
                                                       **United States Bankruptcy Judge**