## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:  Cummings Enterprises, Inc.  
        Debtor(s)

CHAPTER 11

CASE NO. 12–51557

### ORDER CONFIRMING PLAN

   The plan under chapter 11 of the Bankruptcy Code filed by Cummings Enterprises, Inc. on June 29, 2015 or a summary thereof, having been transmitted to creditors and"gs wkg{"ugewtkv{"j qrf gtu="cpf

   It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C.§1129(a) [or, if appropriate, 11 U.S.C.§1129(b)] have been satisfied;

   IT IS ORDERED that:

   The plan filed by Cummings Enterprises, Inc. on June 29, 2015 , ku"eqphkto gf 0

   IT IS FURTHER ORDERED that the debtor shall file a Final Report with an Application for Final Decree no later than September 30, 2015 unless that time is extended by this court.

Dated: June 30, 2015.

**By the Court**

*Alan H. W. Shiff*  
Alan H. W. Shiff  
United States Bankruptcy Judge