UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:  CHAPTER: 11
 CASE NO.: 12-51557
Cummings Enterprises, Inc.
Debtor(s)

### ORDER ON MOTION FOR FINAL DECREE

THIS MATTER came before this Court upon the above-captioned Debtor's Motion for Order Entering Final Decree Closing Case, the Court having reviewed the Motion and file herein, there being due and sufficient notice of the relief requested, and the Court being otherwise duly advised, it is therefore

ORDERED that the Motion for Order Entering Final Decree and Closing Case of the above-captioned Chapter 11 proceedings is hereby GRANTED and this case is CLOSED.

DATED:  September 23, 2016

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut